UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Steven J. Martino, Esq.
Iacullo Martino, LLC
247 Franklin Avenue
Nutley, NJ 07110
(973)235-1550
(973-661-1653

Order Filed on February 28, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 19-23410 |
| ANTHONY BIASI | Chapter: | 13 |
| | Hearing Date: | 1/8/2020 |
| | Judge: | SLM |

**ORDER FIXING AMOUNT OF PROOF OF CLAIM FILED BY LYNX ASSET SERVICES, LLC**

The relief set forth on the following pages, numbered two (2) through two (2) is
**ORDERED**.

**DATED: February 28, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:  ANTHONY BIASI

Case No.:  19-23410

Caption of Order:  ORDER FIXING AMOUNT OF PROOF OF CLAIM FILED BY LYNX ASSET SERVICES, LLC

---

THIS MATTER having come before the Court on the Debtor's Motion Objecting to the Proof of Claim filed by Lynx Asset Services, LLC on January 8,2020 and the Court having been satisfied that proper service and notice was effectuated on the Trustee and all parties of record, and the Court having considered the Certification submitted in support hereof, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED as follows:

1. The amount of the Proof of Claim filed by Lynx Asset Services, LLC shall be fixed at $27,319.12.