**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE:<br>ANTHONY P BIASI | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13 Case No.:  19-23410SLM<br><br>HEARING DATE:  7/22/2020 at 10:00 am |
| STEVEN MARTINO<br>IACULLO MARTINO, LLC<br>247 FRANKLIN AVENUE<br>NUTLEY, NJ  07110 | ORAL ARGUMENT REQUESTED |

ANTHONY P BIASI
45 ERIC TRAIL
PO BOX 7271
SUSSEX, NJ  07461

## NOTICE OF MOTION TO DISMISS PETITION

Marie-Ann Greenberg, Chapter 13 Standing Trustee, has filed papers with the Court for an Order Dismissing this case.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Order dismissing this case, or if you want the court to consider your views on the motion, then on or before seven (7) days before the scheduled hearing date of 07/22/2020, you or your attorney must:

File a **WRITTEN RESPONSE** in opposition to this motion explaining your position and send it to:

> US Bankruptcy Court
> Office of the Clerk
> 50 Walnut Street, Third Floor A
> Newark, NJ 07102
>     **and**
> Marie-Ann Greenberg
> Chapter 13 Standing Trustee
> 30 Two Bridges Road
> Suite 330
> Fairfield, NJ  07004-1550

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

The hearing is scheduled to be held on 07/22/2020 at 10:00 am in the courtroom of Honorable Judge STACEY L. MEISEL, at US Bankruptcy Court, 50 Walnut Street, Third Floor A, Newark, NJ 07102.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

                                        Marie-Ann Greenberg, Esquire
                                        Chapter 13 Standing Trustee

Dated:  June 15, 2020                        By:   /S/Marie-Ann Greenberg
                                                                          Marie-Ann Greenberg, Esquire

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

| | |
|---|---|
| IN RE:<br><br>ANTHONY P BIASI | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13 Case No.:  19-23410SLM<br><br>CERTIFICATION IN SUPPORT OF MOTION |

I, Jessica Antoine, being of full age certify that:

- I am a Paralegal for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

- The debtor(s), as of the date of this certification are delinquent a total of  1,566.04.

- For the reasons set forth above, the Trustee recommends the case be dismissed.


I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.


Dated:  June 15, 2020

By:   /S/  Jessica Antoine
       Jessica Antoine