**Steven J. Martino, Esq. – 027871987**
**IACULLO MARTINO, LLC**
247 Franklin Avenue
Nutley, NJ 07110
(973)235-1550
*Attorney for Debtor*

| | |
|---|---|
| IN RE:<br>ANTHONY BIASI | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13 Case No.: 19-23410<br><br>HEARING DATE: 9/9/2020; 10:00 A.M.<br>ORAL ARGUMENT REQUESTED |

### NOTICE OF MOTION TO RELIEVE STEVEN J. MARTINO, ESQ., OF COUNSEL FOR THE DEBTOR, ANTHONY BIASI

Steven J. Martino, Esq. attorney for Debtor, Anthony Biasi, hereby moves before this Court for an Order relieving Steven J. Martino, Esq., of counsel for the debtor, Anthony Biasi.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief requested herein, or if you want the Court to consider your views on the Motion, then on or before seven (7) days before the scheduled hearing date of September 9, 2020, you or your attorney must:

File a **WRITTEN RESPONSE** in opposition to this Motion, explaining your position and send it to:

US Bankruptcy Court
Office of the Clerk
50 Walnut Street, Third Floor A
Newark, NJ  07102

    AND

Steven J. Martino, Esq.
Iacullo Martino, LLC
247 Franklin Avenue
Nutley, NJ  07110

If you mail your response to the Court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

The hearing is scheduled to be held on 9/9/2020 at 10:00 a.m. in the courtroom of Honorable Judge STACEY L. MEISEL, at US Bankruptcy Court, 50 Walnut Street, Third Floor Newark, NJ 07102.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter the Order granting relief.

                                           Iacullo Martino, LLC
                                           *Attorneys for Debtor*

Dated: 8/12/20

                                           BY: _____
                                               Steven J. Martino, Esq.