| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Steven J. Martino, Esq. - 027871987<br>Iacullo Martino, LLC<br>247 Franklin Avenue<br>Nutley, NJ  07110<br>(973)235-1550<br>(973)661-1653-Facsimile<br>Stevem@Iacullomartino.com | Case No.: 19-23410<br>Chapter: 13 |
| In Re:<br>ANTHONY BIASI | Adv. No.:<br>Hearing Date: 9/9/2020<br>Judge: Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, _____Dawn Pekar_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Steven J. Martino_____, who represents _____Debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____August 12, 20**20**_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion to Be Relieved as Counsel, Certification, proposed form of Order, Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  8/12/2020                                          /s/ Dawn Pekar
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anthony Biasi<br>45 Eric Trail<br>Sussex, NJ  07461-4108 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie Greenberg Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ  07004-1550 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |