UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Steven J. Martino, Esq.
Iacullo Martino, LLC
247 Franklin Avenue
Nutley, NJ 07110
(973)235-1550
(973)-661-1653

**Order Filed on September 9, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re: Anthony Biasi

Case No.:   19-23410

Chapter:   13

Hearing Date:   9/9/2020, 10:00 a.m.

Judge:  Hon. Stacel L. Meisel

## ORDER RELIEVING STEVEN J. MARTINO, ESQ., AS COUNSEL FOR THE DEBTOR

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

**DATED: September 9, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: ANTHONY BIASI

Case No.: 19-23410

Caption of Order: ORDER RELIEVING STEVEN J. MARTINO, ESQ., AS COUNSEL FOR THE DEBTOR

---

THIS MATTER having come before the Court on the Debtor's Motion to be Relieved of Counsel on September 9, 2020, and the Court having been satisfied that proper service and notice was effectuated on the Trustee and all parties of record, and the Court having considered the Certification submitted in support hereof, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED as follows:

1. Steven J. Martino, Esq. be and is hereby relieved as counsel for the Debtor, Anthony Biasi, in the above-captioned matter.