UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**FAZZIO LAW OFFICES**
John P. Fazzio, Esq. (048172005)
5 Marine View Plaza, Ste. 218
Hoboken, NJ 07030
Tel: (201) 529-8024
Fax: (201) 529-8011
*Attorneys for Debtor*

IN THE MATTER OF
ANTHONY BIASI

Debtor

**Chapter 13**

CASE NO. 19-23410

Hon. Stacey L. Meisel

## Notice of Appearance

**PLEASE TAKE NOTICE**, that the undersigned hereby appears as Counsel for Anthony Biasi ("Debtor") in the above-referenced chapter 13 bankruptcy proceeding, pursuant to Bankruptcy Rules 2002 and 9010(b), and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned attorneys, or on its behalf, at the addresses set forth below:

> FAZZIO LAW OFFICES
> John P. Fazzio, Esq. (048172005)
> 5 Marine View Plaza, Ste. 218
> Hoboken, NJ 07030
> Tel: (201) 529-8024
> Fax: (201) 529-8011
> Jfazzio@fazziolaw.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Anthony Biasi's (i)

right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to enforce any contractual provisions with respect to arbitration; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which Wells Fargo has or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

        FAZZIO LAW OFFICES

        /s/ John P. Fazzio
        JOHN P. FAZZIO, ESQ.

Dated: September 29, 2020