Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23410−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Biasi
   dba Biasi Enterprises, LLC, Agents
   Collateral Recovery Group, LLC
   45 Eric Trail
   Sussex, NJ 07461

Social Security No.:
   xxx−xx−1569

Employer's Tax I.D. No.:
   45−4124824

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/9/20 at 10:00 AM

to consider and act upon the following:

83 − Trustee's Motion to Dismiss Case or Direct Employer to Pay Trustee or for Entry of an Order for Default Clause. Filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. Hearing scheduled for 7/22/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 TMG/TMO RECONVERT/DISMISS − PROPOSED ORDER) (Greenberg, Marie−Ann)

Dated: 10/6/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 19-23410-SLM
Anthony Biasi                                                                                    Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2020 | Form ID: ntchrgbk | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Biasi, 45 Eric Trail, Sussex, NJ 07461-4108 |
| cr | + | Gary J. Zalarick, Sammarro & Zalarick, P.A., 258 Palisade Avenue, Garfield, NJ 07026-2806 |
| cr | + | LYNX ASSETS SERVICES LLC, 30 FRENEAU AVENUE, MATAWAN, NJ 07747-3390 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 06 2020 22:16:09 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: townclerk@vernontwp.com | Oct 07 2020 11:44:00 | Township of Vernon, 21 Church Street, Vernon, NJ 07462-3171 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John P. Fazzio | on behalf of Debtor Anthony Biasi jfazzio@fazziolaw.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 06, 2020 | Form ID: ntchrgbk | Total Noticed: 5

Joshua A. Zielinski
    on behalf of Creditor Township of Vernon jzielinski@oslaw.com  rforrest@oslaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Michael A. Alfieri
    on behalf of Creditor LYNX ASSETS SERVICES LLC vdumani@malfierilaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5