UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Office of Michael A. Alfieri, Esq.
NJ ID: 005021989
30 Freneau Avenue
Matawan, NJ 07747
Attorney for Secured Creditor, Lynx Asset Services, LLC
M.A. - 4945

In Re:

Anthony Biasi, Debtor

Case No.: __19-23410__

Chapter: __13__

Judge: __SLM__

# CREDITOR'S CERTIFICATION OF DEFAULT

__Arlene Lieberman__ certifies as follows:

1. I am a __Portfolio Manager__ for __Lynx Asset Services LLC__, a secured creditor of the debtor.

2. On __5/4/2020__, an Order was entered, a copy of which is attached as an exhibit, providing for the cure of post petition arrearages, and in default of such monthly payments for a 30 day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the order:

    ☒ By missing payments and/or by failing to make the correct payments as summarized on the attached Certification of Creditor Regarding Post Petition Payment History.

    ☐ Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

Date: 8/20/2021

Signature

rev.8/1/15

| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Office of Michael A. Alfieri, Esq.
NJ ID: 005021989
30 Freneau Avenue
Matawan, NJ 07747
Attorney for Secured Creditor, Lynx Asset Services, LLC
M.A. - 4945

In Re:

Anthony Biasi, Debtor

Case No.: 19-23410

Chapter: 13

Hearing Date: 

Judge: SLM

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
### ( NOTE AND MORTGAGE DATED  October 6th, 2006  )

___Arlene Lieberman___, employed as ___Portfolio Manager___ by ___Lynx Asset Services, LLC___, hereby certifies the following:

Recorded on ___April 9, 2007___, in ___Sussex___ County, in Book ___8087___ at Page ___299___

Property Address: 45 Eric Trail, Vernon Twp, NJ 07461

Mortgage Holder: Anthony Biasi

Mortgagor(s)/ Debtor(s): Anthony Biasi and Michelle Biasi

POST-PETITION PAYMENTS (Petition filed on ___July 10th, 2019___ )

| | Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|---|
| 1. | $ 1,754.50 | 8/1/2019 | 8/2019 | $ 1,675.00 | 9/3/2019 | 347 |
| 2. | -$ 1,754.50 | 8/1/2019 | 8/2019 | -$ 1,675.00 | 9/5/2019 | 347 NSF |
| 3. | $ 1,754.50 | 8/1/2019 | 8/2019 | $ 1,670.95 | 11/19/2019 | 7488 |

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 4. $ 1,754.50 | 9/1/2019 | 9/2019 | $ 1,620.95 | 11/19/2019 | 7488 |
| 5. $ 1,754.50 | 10/1/2019 | 10/2019 | $ 1,670.95 | 3/2/2020 | 0420 |
| 6. $ 1,754.50 | 11/1/2019 | 11/2019 | $ 1,669.05 | 3/2/2020 | 0420 |
| 7. $ 1,754.50 | 12/1/2019 | 12/2019 | $ 1,670.00 | 3/6/2020 | 0421 |
| 8. $ 1,754.50 | 1/1/2020 | 1/20/20 | $ 1,754.50 | 8/31/2020 | 467 |
| 9. $ 1,754.50 | 2/1/2020 | 2/2020 | $ 1,754.50 | 8/31/2020 | 467 |
| 10. $ 1,754.50 | 3/1/2020 | 3/2020 | $ 1,754.50 | 8/31/2020 | 467 |
| TOTAL: $ 14,036.00 | | | $ 13,565.40 | | |

[Continue on attached sheets if necessary.]

Monthly payments past due: ___2___ mos. x $1,754.50  1,754.50
(Monthly payment + late charge) = $ 3,509.00 _____ as of __8/18/2021__.

Each current monthly payment is comprised of:

Principal        $ _____1,670.95_____
Interest         $ _____
R.E. Taxes:      $ _____
Insurance:       $ _____
Late Charge:     $ _____83.55_____
Other:           $ _____  (Specify:_____)
TOTAL            $ _____1,754.50_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): _____

Pre-petition arrears: __8/1/2018__ to __7/1/2019__ ( _12_ mos. x $ __1,670.95__ /mo. = $ __20,051.40__ )

I certify under penalty of perjury that the above is true.

Date: __8/20/2021__

Signature

rev.8/1/15

2

**CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY**
**ADDITIONAL SHEET POST PETITION PAYMENT HISTORY**

| Amount Due Total (from prior sheet) | $8,772.50 | | Amount Received Total (from prior sheet) | $8,301.90 |
|---|---|---|---|---|

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| $1,754.50 | 3/1/2020 | Mar-20 | $736.50 | 8/31/2020 | 467 |
| $1,754.50 | 4/1/2020 | Apr-20 | $1,670.00 | 5/8/2020 | 434 |
| -$1,754.50 | 4/1/2020 | Apr-20 | -$1,670.00 | 5/8/2020 | 434 NSF |
| $1,754.50 | 4/1/2020 | Apr-20 | $1,670.00 | 5/15/2020 | 435 |
| $1,754.50 | 5/1/2020 | May-20 | $1,670.00 | 5/29/2020 | 442 |
| $1,754.50 | 6/1/2020 | Jun-20 | $1,675.00 | 7/1/2020 | 454 |
| $1,754.50 | 7/1/2020 | Jul-20 | $1,670.95 | 8/31/2020 | 466 |
| $1,754.50 | 8/1/2020 | Aug-20 | $1,670.95 | 8/31/2020 | 466 |
| $1,670.95 | 9/1/2020 | Sep-20 | $1,683.10 | 8/31/2020 | 466 |
| $1,754.50 | 10/1/2020 | Oct-20 | $1,670.95 | 12/2/2020 | 481 |
| $1,754.50 | 11/1/2020 | Nov-20 | $1,679.05 | 12/2/2020 | 481 |
| $1,754.50 | 12/1/2020 | Dec-20 | $1,670.95 | 1/11/2021 | 492 |
| $1,670.95 | 1/1/2021 | Jan-21 | $1,779.05 | 1/11/2021 | 492 |
| $1,754.50 | 2/1/2021 | Feb-21 | $1,700.00 | 3/1/2021 | 498 |
| $1,754.50 | 3/1/2021 | Mar-21 | $1,670.95 | 4/12/2021 | 505 |
| $1,670.95 | 4/1/2021 | Apr-21 | $1,779.05 | 4/12/2021 | 505 |
| $1,754.50 | 5/1/2021 | May-21 | $1,650.00 | 6/30/2021 | 521 |
| $1,754.50 | 6/1/2021 | Jun-21 | $1,675.00 | 7/30/2021 | 519 |
| $1,754.50 | 7/1/2021 | | | | |
| $1,754.50 | 8/1/2021 | | | | |

| Amount Due Total | $40,102.85 | | Amount Received Total | $34,353.40 |
|---|---|---|---|---|

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>The Law Office of Michael A. Alfieri<br>NJ ID: 005021989<br>30 Freneau Ave, Matawan, NJ 07747<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, Lynx Asset Services LLC<br>M.A. - 4945 | Order Filed on May 4, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Anthony Biasi<br>45 Eric Trail, (Twp. of Vernon) Sussex, NJ 07461 | Case No.: 19-23410<br><br>Chapter: 13<br><br>Hearing Date: 3/11/2020<br><br>Judge: SLM |

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF LYNX ASSET SERVICES LLC

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

DATED: May 4, 2020

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: ANTHONY BIASI
CAPTION OF ORDER: CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF LYNX ASSET SERVICES LLC

---

THIS MATTER having been opened to the Court by Michael A. Alfieri, Esq. appearing on behalf of the Secured Creditor, Lynx Asset Services, LLC and by Steven Martino, Esq., appearing on behalf of the Debtor(s), Anthony Biasi, the Court having heard arguments of counsel;

IT IS ON THIS 4th DAY OF May , 2020

ORDERED that post-petition payments are due for January 2020, February 2020, March 2020 and April, each the amount of $1,670.95, for a total of $6,683.80; and it is further

ORDERED that the Debtor shall begin making monthly payments in the amount of $1,670.95 commencing on April 1, 2020; and it is further

ORDERED that the Debtor shall pay the balance of post-petition payments and all pre-petition arrears due the creditor on or before September 1, 2020; and it is further

ORDERED that the Debtor pay all real estate taxes current on or before September 1, 2020; and it is further

ORDERED that the Attorney for the Debtor is responsible for collection and full payment of funds prior to any balance being paid to the Debtor; and it is further

Page 3
Debtor: ANTHONY BIASI
CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
OF LYNX ASSET SERVICES LLC
-----------------------------------------------------------

ORDERED that in the event the Debtor (s) is late in any payment for a period exceeding thirty (30) days, upon certification by the mortgagee's attorney, with notice to the Court, Debtor and Debtor's attorney, the automatic stay shall be vacated with relief by further order of this Court; and it is further

Ordered that attorney fees in the amount of $350.00 and filing fee in the amount of $181.00 be paid through the plan.

ORDERED that a copy of this Order be sent to all parties, herein within seven (7) days of filing;

_____
J.U.S.B.C

WE HEREBY consent to the form and entry of the above.

/s/Steven Martino, Esq.                             Date: 4/30/2020
Attorney for Debtor(s)

/s/Michael A. Alfieri, Esq.                          Date 4/30/2020
Attorney for Secured Creditor